```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv280 (DLC)
NBCUNIVERSAL MEDIA, LLC and HANNAH       :
RAPPLEYE,                                :         ORDER
                                         :
                Plaintiffs,              :
        -v-                              :
                                         :
UNITED STATES DEPARTMENT OF HOMELAND     :
SECURITY IMMIGRATION AND CUSTOMS         :
ENFORCEMENT,                             :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on January 13, 2020. On February 3, an initial conference was scheduled to occur on April 3, 2020 at 10:00 a.m. Accordingly, it is hereby

ORDERED that a telephone conference is scheduled for April 3 at 10:00 a.m. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

SO ORDERED:

Dated: New York, New York
March 20, 2020

_____
DENISE COTE
United States District Judge